IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00879–MSK–KMT

BMG MUSIC, a New York general partnership,
CAPITOL RECORDS, INC, a Delaware corporation,
UMB RECORDINGS, INC, a Delaware corporation,
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, and
WARNER BROS. RECORDS INC., a Delaware corporation,

    Plaintiffs,

v.

PAMELA HILBERT,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiffs' Unopposed Motion to Vacate Scheduling Conference" (#25, filed August 29, 2008) is GRANTED. The parties indicate they have reached a settlement in the case. The Scheduling Conference set for September 2, 2008 at 8:45 a.m is hereby VACATED. The parties are ORDERED to file settlement documents or a notice of dismissal on or before September 29, 2008.

"Plaintiff's Unopposed Motion to Continue Scheduling Conference and Reset Deadlines" (#14, filed June 25, 2008) is DENIED as moot.

Dated: August 29, 2008